Case 7:26-cv-06774-KMK Document 10 Filed 08/11/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Mario Manrique Mendoza v. Arteta, et al.*, No. 26 Civ. 6774 (KMK)**

Dear Judge Karas:

This Office represents Respondents in this action brought by Mario Manrique Mendoza ("Petitioner"), who seeks a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a temporary restraining order. Petitioner filed the Petition on August 7, 2026, and, that same day, filed an emergency motion for a temporary restraining order. ECF Nos. 1, 3. Pursuant to the Court's August 10, 2026, Order, the Government's opposition to the Petition is currently due by the close of business today, August 11, 2026, and Petitioner's reply is due by the close of business tomorrow, August 12, 2026. ECF No. 6. The Court also scheduled a telephonic hearing on the Petition for Thursday, August 13, 2026. *Id.*

The parties write to inform the Court that Petitioner has been released from custody. Accordingly, the parties believe that this matter is now moot, and counsel for Petitioner is planning to file a notice of voluntary dismissal on the docket. The parties therefore respectfully request that the Court adjourn the parties' opposition and reply deadlines *sine die*, and further adjourn the telephonic conference currently scheduled for August 13, 2026.

I thank the Court for its attention to this matter and consideration of these requests.

Granted.

So Ordered.

8/11/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Adam Gitlin*
ADAM GITLIN
Assistant United States Attorney
Tel.: (212) 637-2734
E-mail: adam.gitlin@usdoj.gov
*Attorney for the Respondents*

cc: All counsel via ECF